IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No: 3:06CR381

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| JOSEPH P. HEADEN, JR., | ) |
| | ) |
| Defendant. | ) |

## ORDER

**THIS MATTER IS BEFORE THE COURT** on Timothy D. Record's Petition and Certification for *Pro Hac Vice* Admission. It appearing that Timothy D. Record is a member in good standing with the Mississippi State Bar, the Court enters the following Order:

**IT IS, THEREFORE, ORDERED** that

(1) Timothy D. Record's Petition and Certification for *Pro Hac Vice* Admission is **GRANTED**; and

(2) Timothy D. Record remit to the Clerk the required special admission fee of $100.00, if such fee has not already been paid.

Signed: January 17, 2007

David C. Keesler
United States Magistrate Judge