UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

No. 3:05cr0381

| UNITED STATES OF AMERICA, | ) | |
| --- | --- | --- |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | ORDER OF SPECIAL ADMISSION |
| | ) | |
| JOSEPH P. HEADEN, JR., | ) | |
| | ) | |
| Defendant | ) | |

THIS MATTER is before the Court on the letter and request of Pro Hac Vice counsel Timothy D. Record, Esquire (of the Mississippi State Bar), to seek continued representation of the Defendant Joseph P. Headen, Jr., despite Mr. Record no longer being associated with the local firm of Yurko & Associates. Mr. Record is presently studying for and intends to sit for the next North Carolina State Bar examination.

For purposes of judicial economy and because Mr. Record is an experienced practitioner who is now seeking membership in the North Carolina State Bar and in turn the Western District of North Carolina, the Court finds that this is the exceptional case where counsel qualifies for Special Admission into the Western District of North Carolina, pursuant to Local Rule 83.1(B). This Special Admission only applies to the above-captioned case.

IT IS SO ORDERED.

Signed: February 23, 2007

Frank D. Whitney
United States District Judge